USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

RICHARD ZALMAN,

Plaintiff,

-v-

METROPOLITAN COLLEGE OF NEW YORK, *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-6991-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On October 16, 2026, the parties submitted a proposed civil case management plan and joint letter to the Court via email. The parties are directed to file their joint letter on ECF, in accordance with the Court's August 19, 2026 order, Dkt. No. 14, by no later than October 20, 2026.

SO ORDERED.

Dated: October 19, 2026
New York, New York

GREGORY H. WOODS
United States District Judge