USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/20/2026

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

**MEMORANDUM ENDORSED**

Application granted in part. The initial pretrial conference and pre-motion conference scheduled for October 23, 2026 will instead take place on November 25, 2026 at 11:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 34.

SO ORDERED

Dated: October 20, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

October 20, 2026

**VIA ECF**

Hon. Gregory H. Woods, U.S.D.J
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: Zalman v. Metropolitan College of New York, et al.**
**Case No.: 1:26-cv-6991-GHW**

Dear Judge Woods:

As you know, this Firm represents Plaintiff Dr. Richard Zalman in the above-referenced action. Pursuant to the Court's Notice of Initial Pretrial Conference dated August 19, 2026 (Dkt. No. 14), the Court has scheduled an initial pretrial conference for October 23, 2026, at 3:00 p.m. by telephone. On October 16, 2026, Defendant Metropolitan College of New York submitted a letter requesting a pre-motion conference regarding its anticipated motion to dismiss. I respectfully request an adjournment of the October 23, 2026, conference, as I will be out of town and unable to attend.

Plaintiff respectfully proposes the following alternative dates, subject to the Court's availability:

Wednesday, November 4, 2026
Friday, November 6, 2026

Counsel for Defendant Metropolitan College of New York consents to this request. This is the first request to adjourn this conference. We thank the Court for its time and consideration.

Respectfully submitted,
**BELL LAW GROUP, PLLC**

Mary E. Bianco, Esq.
*Attorneys for Plaintiff*

cc: Jacqueline Giordano, Esq. (Via ECF)
*Attorneys for Defendant Metropolitan College of New York*