USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

RICHARD ZALMAN,

Plaintiff,

-v-

METROPOLITAN COLLEGE OF NEW YORK, *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-6991-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On October 16, 2026, the parties submitted a proposed civil case management plan and joint letter to the Court via email. On October 19, 2026, the Court directed the parties to file their joint letter on ECF, in accordance with the Court's August 19, 2026 order, Dkt. No. 14, by no later than October 20, 2026. On October 21, 2026, the parties filed their proposed case management plan on ECF. Dkt. No. 36.

The Court's August 19, 2026 order directed the parties to submit a proposed civil case management plan "via email" and separately specified that the joint letter "should be filed on ECF." Dkt. No. 14 at 1. The Court again orders the parties to comply with the Court's August 19, 2026 order by filing their joint letter on ECF no than October 22, 2026.

SO ORDERED.

Dated: October 21, 2026
New York, New York

GREGORY H. WOODS
United States District Judge